# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MCCARTON N. PIERRE,                )
          **Plaintiff,**      )
                                )      **C.A. No. 23-262 Erie**
      **v.**      )
                                )      **District Judge Susan Paradise Baxter**
SGT. BRIAN BATES,                 )      **Magistrate Judge Patricia L. Dodge**
          **Defendant.**      )

## MEMORANDUM ORDER

Plaintiff McCarton N. Pierre, an inmate formerly incarcerated at the State Correctional Institution at Albion, Pennsylvania ("SCI-Albion"),[1] commenced this *pro se* civil rights action on August 30, 2023, against the Pennsylvania Department of Corrections ("DOC") and several DOC employees staffed at SCI-Albion. This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff subsequently filed an amended complaint on January 29, 2024, naming Sgt. Brian Bates, a corrections officer at SCI-Albion, as the sole Defendant. [ECF No. 20]. Construed liberally, the amended complaint asserts the following claims against Defendant Bates in both his individual and official capacities: (1) an Eighth Amendment excessive use of force claim stemming from Defendant's own alleged actions; (2) an Eighth Amendment claim alleging Defendant's failure to protect Plaintiff from the use of excessive force by other corrections

---

1 Plaintiff is currently incarcerated at the State Correctional Institution at Fayette in LaBelle, Pennsylvania.

officers; (3) a retaliation claim; and (4) a Fourteenth Amendment equal protection claim.

On August 29, 2024, Defendant filed a partial motion to dismiss [ECF No. 34], seeking dismissal of Plaintiff's official capacity and equal protection claims only. Without awaiting a response from Plaintiff, Chief Magistrate Judge Lanzillo issued a Report and Recommendation, dated September 19, 2024 [ECF No. 39], recommending dismissal of Plaintiff's official capacity claims against Defendant under the screening provisions of 28 U.S.C. §§ 1915(E)(2)(b) and 1915A(b), and recommending denial of Defendant's motion to dismiss Plaintiff's Fourteenth Amendment equal protection claim. This matter was thereafter reassigned to U.S. Magistrate Judge Patricia L. Dodge as the referral judge on October 17, 2024.

By Memorandum Order dated December 16, 2024, this Court adopted Judge Lanzillo's recommendation and dismissed Plaintiff's official capacity claims against Defendant, while allowing Plaintiff's equal protection claim to proceed to the discovery stage. Defendant subsequently filed an answer to Plaintiff's amended complaint and the parties completed discovery.

On August 5, 2025, Defendant filed a motion for summary judgment [ECF No. 65], arguing that Plaintiff failed to exhaust his administrative remedies with regard to any of his remaining claims and, alternatively, is unable to establish a cognizable claim against Defendant as a matter of law. The motion was fully briefed by the parties.

On February 13, 2026, U.S. Magistrate Judge Dodge issued a Report and Recommendation ("R&R") recommending that Defendant's summary judgment motion be granted and that judgment be entered in his favor as a matter of law. [ECF No. 82]. In particular, Judge Dodge found that Plaintiff failed to exhaust his administrative remedies with regard to all

of his claims against Defendant and, alternatively, would be unable to prove his claims before a

jury because his version of the facts is discredited by video evidence of record. Objections to the

R&R were due to be filed by March 2, 2026; however, no objections have been received by the

Court.

Thus, after *de novo* review of the relevant documents in this case, together with the report

and recommendation, the following order is entered:

AND NOW, this 12th day of March, 2026;

IT IS HEREBY ORDERED that Defendant's motion for summary judgment [ECF No.

65] is GRANTED and judgment will be entered in favor of Defendant and against Plaintiff on all

claims in this case. The report and recommendation of U.S. Magistrate Judge Dodge, issued

February 13, 2026 [ECF No. 82], is adopted as the opinion of the court.

The Clerk is directed to mark this case "CLOSED."

SUSAN PARADISE BAXTER
United States District Judge

cc:        The Honorable Patricia L. Dodge
           United States Magistrate Judge